IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-709-RJC-DCK

FRANK HARMON BLACK, and )
SOUTHEAST INVESTMENTS, N.C., INC., )
)
    **Plaintiffs**, )
)
  v. ) **ORDER**
)
FINANCIAL INDUSTRY REGULATORY )
AUTHORITY, and SECURITIES AND )
EXCHANGE COMMISSION, )
)
    **Defendants**. )
)

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by Adam F. Griffin, concerning Aditya Dynar, on October 30, 2023. Aditya Dynar seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Aditya Dynar is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: October 31, 2023

David C. Keesler
United States Magistrate Judge