IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-709-RJC-DCK

| FRANK HARMON BLACK, and SOUTHEAST INVESTMENTS, N.C., INC., | ) ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY, and SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by Cory Hohnbaum, concerning Amalia E. Reiss, on December 5, 2023. Amalia E. Reiss seeks to appear as counsel *pro hac vice* for Defendant Financial Industry Regulatory Authority, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. Amalia E. Reiss is hereby admitted *pro hac vice* to represent Defendant Financial Industry Regulatory Authority, Inc.

**SO ORDERED**.

Signed: December 5, 2023

David C. Keesler
United States Magistrate Judge