# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-709-RJC-DCK

| | |
|---|---|
| FRANK HARMON BLACK, and SOUTHEAST INVESTMENTS, N.C., INC., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY, and SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) filed by Cory Hohnbaum, concerning Amir C. Tayrani, on December 5, 2023. Amir C. Tayrani seeks to appear as counsel *pro hac vice* for Defendant Financial Industry Regulatory Authority, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. Amir C. Tayrani is hereby admitted *pro hac vice* to represent Defendant Financial Industry Regulatory Authority, Inc.

**SO ORDERED**.

Signed: December 5, 2023

David C. Keesler
United States Magistrate Judge