IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-709-RJC-DCK

| | |
|---|---|
| FRANK HARMON BLACK, and <br> SOUTHEAST INVESTMENTS, N.C., INC., <br><br> Plaintiffs, <br><br> v. <br><br> FINANCIAL INDUSTRY REGULATORY <br> AUTHORITY and SECURITIES AND <br> EXCHANGE COMMISSION, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion" (Document No. 31) filed December 18, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, noting the parties' agreement, and following consultation with Judge Conrad's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** the parties' "Joint Motion" (Document No. 31) is **GRANTED** as follows: "Plaintiffs' Motion For Preliminary Injunction" (Document No. 9) is **WITHDRAWN**; and the scheduling "Order" (Document No. 13) is **VACATED**.

**SO ORDERED**.

Signed: December 20, 2023

David C. Keesler
United States Magistrate Judge