# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-709-RJC-DCK

| | |
|---|---|
| FRANK HARMON BLACK, and SOUTHEAST INVESTMENTS, N.C., INC., <br><br>Plaintiffs,<br><br>v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, and SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Stay" (Document No. 38) filed January 19, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with the Honorable Robert J. Conrad, Jr.'s chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Stay" (Document No. 38) is **GRANTED**. This matter is **STAYED** until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that: "Plaintiffs' Motion For Preliminary Injunction" (Document No. 32) is **WITHDRAWN** and the Court's Orders (Document Nos. 29 and 37) are **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report on or before **July 19, 2024**.

Signed: January 19, 2024

David C. Keesler
United States Magistrate Judge