IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| FRANK HARMON BLACK; and<br>SOUTHEAST INVESTMENTS, N.C., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY; and<br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendants. | No. 3:23-CV-709-RJC-DCK<br><br><br><br>**PLAINTIFFS' MOTION TO WITHDRAW ATTORNEY** |

Plaintiffs move to withdraw the appearance of attorney Caleb Kruckenberg as *pro hac vice* counsel for Plaintiffs effective August 13, 2024, as Mr. Kruckenberg is no longer employed by Pacific Legal Foundation.

The appearances of Aditya Dynar and Adam F. Griffin remain in effect.

DATED: August 13, 2024.

    Respectfully submitted,

/s/ Adam F. Griffin
ADAM F. GRIFFIN
  N.C. Bar No. 55075
ADITYA DYNAR*
  D.C. Bar No. 1686163
Pacific Legal Foundation
3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
Tel.: (202) 888-6881
Fax: (916) 419-7747
AGriffin@pacificlegal.org
ADynar@pacificlegal.org

*Counsel for Plaintiffs*

**\*** *Admitted pro hac vice*