IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| Frank Harmon Black and Southeast Investments, N.C., Inc., | ) | |
|---|---|---|
| Plaintiffs, | ) | Case No. 3:23-cv-709-RJC-DCK |
| v. | ) | |
| Financial Industry Regulatory Authority and Securities and Exchange Commission, | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiffs Frank Harmon Black and Southeast Investments, N.C., Inc., and Defendants Financial Industry Regulatory Authority, Inc. ("FINRA") and Securities and Exchange Commission ("SEC") jointly submit this status report pursuant to the Court's Order of August 13, 2024. D.E. 42. That Order granted the parties' request to continue the stay of this case, with modification, until October 30, 2024. *Id.* at 1-2. The Order further directed the parties to file a Joint Status Report on October 30, 2024. *Id.* at 2. Consistent with the Local Rules and the Court's direction, *id.* at 1, the parties are seeking a further extension of the stay by a contemporaneous joint motion. The parties have also sought and obtained a stay of Plaintiffs' FINRA disciplinary proceeding from FINRA's National Adjudicatory Council until and including January 27, 2025.

Since this Court's August 13, 2024 Order, the parties have concluded briefing in the Fourth Circuit in connection with Plaintiffs' petition for review of the SEC's order affirming in part and remanding the FINRA disciplinary proceeding. *See Black v. FINRA*, No. 23-2297 (4th Cir.). The Fourth Circuit has scheduled oral argument for December 10, 2024.

| | |
|---|---|
| Dated: October 30, 2024 | Respectfully submitted, |

/s/ *Adam F. Griffin* (with permission)
Adam F. Griffin,
    N.C. Bar No. 55075
Aditya Dynar (*pro hac vice*)
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
T: (202) 888-6881
F: (916) 419-7747
AGriffin@pacificlegal.org
ADynar@pacificlegal.org

*Attorneys for Plaintiffs Frank Harmon Black and Southeast Investments, N.C., Inc.*

/s/ *Amir C. Tayrani*
Amir C. Tayrani (*pro hac vice*)
Alex Gesch (*pro hac vice*)
Max E. Schulman (*pro hac vice*)
Amalia Reiss (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
T: (202) 887-3692
F: (202) 530-9645
ATayrani@gibsondunn.com
AGesch@gibsondunn.com
MSchulman@gibsondunn.com
AReiss@gibsondunn.com

Cory Hohnbaum,
    N.C. Bar No. 17453
KING & SPALDING LLP
300 South Tryon Street
Suite 1700
Charlotte, NC 28202
T: (704) 503-2561
F: (704) 503-2622
chohnbaum@kslaw.com

*Attorneys for Defendant Financial Industry Regulatory Authority, Inc.*

/s/ *Christine L. Coogle* (with permission)
Christine L. Coogle
Trial Attorney
James C. Luh
Stephen M. Pezzi
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
T: (202) 880-0282
christine.l.coogle@usdoj.gov

*Attorneys for Defendant Securities and Exchange Commission*