IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Frank Harmon Black and Southeast Investments, N.C., Inc.,<br>　　　　Plaintiffs,<br>　v.<br><br>Financial Industry Regulatory Authority and Securities and Exchange Commission,<br>　　　　Defendants. | **Case No. 3:23-cv-709-RJC-DCK** |

## JOINT MOTION TO CONTINUE STAY

Plaintiffs Frank Harmon Black and Southeast Investments, N.C., Inc., and Defendants Financial Industry Regulatory Authority, Inc. and Securities and Exchange Commission jointly move to continue the stay of proceedings in this Court until and including February 3, 2025, and to set a February 3, 2025, deadline for the parties to file a Joint Status Report. Per Local Civil Rule 7.1(c), the reasons supporting the joint motion are set forth in a separate brief filed along with this motion.

## CONCLUSION

This Court should continue the stay of proceedings until and including February 3, 2025, and set a February 3, 2025, deadline for the parties to file a Joint Status Report.

Dated: October 30, 2024

/s/ Adam F. Griffin (with permission)
Adam F. Griffin,
   N.C. Bar No. 55075
Aditya Dynar (*pro hac vice*)
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
T: (202) 888-6881
F: (916) 419-7747
AGriffin@pacificlegal.org
ADynar@pacificlegal.org

*Attorneys for Plaintiffs Frank Harmon Black and Southeast Investments, N.C., Inc.*

Respectfully submitted,

/s/ Amir C. Tayrani
Amir C. Tayrani (*pro hac vice*)
Alex Gesch (*pro hac vice*)
Max E. Schulman (*pro hac vice*)
Amalia Reiss (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
T: (202) 887-3692
F: (202) 530-9645
ATayrani@gibsondunn.com
AGesch@gibsondunn.com
MSchulman@gibsondunn.com
AReiss@gibsondunn.com

Cory Hohnbaum,
   N.C. Bar No. 17453
KING & SPALDING LLP
300 South Tryon Street
Suite 1700
Charlotte, NC 28202
T: (704) 503-2561
F: (704) 503-2622
chohnbaum@kslaw.com

*Attorneys for Defendant Financial Industry Regulatory Authority, Inc.*

/s/ Christine L. Coogle (with permission)
Christine L. Coogle
Trial Attorney
James C. Luh
Stephen M. Pezzi
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
T: (202) 880-0282
christine.l.coogle@usdoj.gov

*Attorneys for Defendant Securities and Exchange Commission*