IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Frank Harmon Black and Southeast Investments, N.C., Inc., <br>     Plaintiffs, <br> v. <br><br> Financial Industry Regulatory Authority and Securities and Exchange Commission, <br>     Defendants. | **Case No. 3:23-cv-709-RJC-DCK** |

## CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant Financial Industry Regulatory Authority, Inc. ("FINRA") respectfully cross-moves for summary judgment on all of Plaintiffs' claims under Fed. R. Civ. P. 56(a). There is no genuine dispute of any material fact, and, as a matter of law, judgment should be entered in favor of FINRA on Counts 1 and 2 of Plaintiffs' Complaint; the Court should dismiss Count 3 for lack of subject matter jurisdiction, or if it concludes that it possesses jurisdiction, should enter judgment for FINRA on that claim. Per Local Civil Rule 7.1(c), the reasons supporting this motion are set forth in a separate brief filed along with the motion.

## CONCLUSION

The Court should grant FINRA's cross-motion for summary judgment on all of Plaintiffs' claims.

Dated: April 4, 2025                    Respectfully submitted,

                                        /s/ Amir C. Tayrani

Cory Hohnbaum, N.C. Bar No. 17453       Amir C. Tayrani (*pro hac vice*)
KING & SPALDING LLP                     Alex Gesch (*pro hac vice*)
300 South Tryon Street                  Max E. Schulman (*pro hac vice*)
Suite 1700                              Amalia Reiss (*pro hac vice*)
Charlotte, NC 28202                     GIBSON, DUNN & CRUTCHER LLP
T: (704) 503-2561                       1700 M Street, N.W.
F: (704) 503-2622                       Washington, D.C. 20036-4504
chohnbaum@kslaw.com                     T: (202) 887-3692
                                        F: (202) 530-9645
                                        ATayrani@gibsondunn.com
                                        AGesch@gibsondunn.com
                                        MSchulman@gibsondunn.com
                                        AReiss@gibsondunn.com

*Attorneys for Defendant Financial Industry Regulatory Authority, Inc.*