IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| FRANK HARMON BLACK; and<br>SOUTHEAST INVESTMENTS, N.C., INC.,<br><br>    Plaintiffs,<br><br> v.<br><br>FINANCIAL INDUSTRY REGULATORY<br>AUTHORITY; and<br>SECURITIES AND EXCHANGE<br>COMMISSION,<br><br>    Defendants. | No. 3:23-CV-709-RJC-DCK<br><br><br>**PLAINTIFFS' MOTION FOR A<br>SPEEDY HEARING OF A<br>DECLARATORY JUDGMENT<br>ACTION, FED R. CIV. P. 57** |

Plaintiffs Frank Harmon Black and Southeast Investments, N.C., Inc. (Black/Southeast), respectfully request "a speedy hearing of a declaratory-judgment action" under Rule 57 of the Federal Rules of Civil Procedure. The reasons for granting the motion are set forth in a supporting memorandum, in accord with LCvR 7.1(c). Counsel for all parties have conferred, per LCvR 7.1(b), and all parties desire a speedy, final resolution even though they are unable to reach agreement as to what that resolution ought to be.

DATED: June 25, 2025.

                    Respectfully submitted,

| | |
|---|---|
| RUTH C. SMITH<br> N.C. Bar No. 26754<br>Elmore and Smith Law Firm<br>P.O. Box 1823<br>Weaverville, NC 28787<br>Tel.: (828) 367-7998<br>Fax: (828) 367-7991<br>Ruth@mywncattorney.com | /s/ Aditya Dynar<br>ADITYA DYNAR*<br> D.C. Bar No. 1686163<br>Pacific Legal Foundation<br>3100 Clarendon Blvd.<br>Suite 1000<br>Arlington, VA 22201<br>Tel.: (202) 888-6881<br>Fax: (916) 419-7747<br>ADynar@pacificlegal.org |

CAMERON HALLING*
  Cal. Bar No. 306778
Pacific Legal Foundation
555 Capitol Mall, Ste. 1290
Sacramento, CA 95814
Tel.: (916) 419-7111
Fax: (916) 419-7444
CHalling@pacificlegal.org

*admitted Pro Hac Vice

Counsel for Plaintiffs