**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

FRANK HARMON BLACK; and
SOUTHEAST INVESTMENTS, N.C., INC.,

Plaintiffs,

v.

FINANCIAL INDUSTRY REGULATORY AUTHORITY; and
SECURITIES AND EXCHANGE COMMISSION,

Defendants.

No. 3:23-cv-709-MEO-DCK

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Frank Harmon Black and Southeast Investments, N.C., Inc. respectfully submit this notice of supplemental authority to apprise the Court of two recent developments: (1) There is a pending motion for reconsideration, filed with the Securities and Exchange Commission (Defendant here) that the SEC will decide in due course, *Southeast Invs., N.C., Inc.*, Admin Proc. File No. 3-19185 (SEC filed Feb. 9, 2026), *available at* https://www.sec.gov/files/litigation/apdocuments/3-19185-2026-02-09-motion.pdf. (2) The Fourth Circuit has held Case No. 25-1718 "in abeyance pending a decision by [SEC]." *Frank Black et al. v. SEC*, No. 25-1718, Order (4th Cir. Feb. 25, 2026), attached as Exhibit A.

As such, there is no impediment to this Court deciding all the motions currently pending in this Court. Plaintiffs respectfully request that the Court not abandon "the just, speedy, and inexpensive determination" of this case, Fed. R. Civ. P. 1, by delaying decision on the pending motions, which have been fully briefed as of July 30, 2025. *See* D.E.77. Counsel for Plaintiffs stand ready to appear on short notice at a status conference or oral argument, as directed by the Court.

DATED: March 2, 2026.

Respectfully submitted,

RUTH C. SMITH
N.C. Bar No. 26754
Elmore and Smith Law Firm
P.O. Box 1823
Weaverville, NC 28787
Tel.: (828) 367-7998
Fax: (828) 367-7991
Ruth@mywncattorney.com

/s/ Aditya Dynar
ADITYA DYNAR*
D.C. Bar No. 1686163
Pacific Legal Foundation
3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
Tel.: (202) 888-6881
Fax: (916) 419-7747
ADynar@pacificlegal.org

CAMERON HALLING*
Cal. Bar No. 306778
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel.: (916) 419-7111
Fax: (916) 419-7747
CHalling@pacificlegal.org

**admitted Pro Hac Vice*

*Counsel for Plaintiffs*

# Exhibit A

FILED: February 25, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1718
(3-19185)

---

FRANK HARMON BLACK; SOUTHEAST INVESTMENTS, N.C., INC.

Petitioners

v.

SECURITIES & EXCHANGE COMMISSION

Respondent

and

FINANCIAL INDUSTRY REGULATORY AUTHORITY

Intervenor

---

O R D E R

---

Upon consideration of the joint motion for abeyance, the court grants the motion and places this case in abeyance pending a decision by the Securities and Exchange Commission on petitioners' pending motion for reconsideration before the Commission.

For the Court

/s/ Nwamaka Anowi, Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of North Carolina by using the CM/ECF system. I certify further that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

/s/ *Aditya Dynar*
ADITYA DYNAR