**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| FRANK HARMON BLACK; and SOUTHEAST INVESTMENTS, N.C., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY; and SECURITIES AND EXCHANGE COMMISSION,<br><br>Defendants. | No. 3:23-cv-709-MEO-DCK<br><br>**RESPONSE TO DEFENDANT FINRA'S NOTICE OF SUPPLEMENTAL AUTHORITY (D.E.83)** |

Defendant Financial Industry Regulatory Authority, Inc. (FINRA) states that the "March 2026 Order [of Securities and Exchange Commission] thus bears directly on the arguments raised in FINRA's pending motion to dismiss." D.E.83 at 1.

In its motion to dismiss, D.E.73, FINRA did not show "how each of the three structural claims and each form of relief Black/Southeast seek here (declaration, injunction, damages, D.E.1 ¶¶ 79–84) is moot." D.E.76 at 2; *see also Davis v. FEC*, 554 U.S. 724, 734 (2008) (holding that the movant must establish mootness "for each claim" and "for each form of relief that is sought") (internal quotation marks omitted). Nor does FINRA establish that now.

Where, as here, a defendant suggests mootness because the defendant(s) "completed violation of [the plaintiff's] legal right," then "damages provide the necessary redress" that "save[s] a case from mootness." *Uzuegbunam v. Preczewski*, 592 U.S. 279, 284, 293 (2021); *see also* D.E.76 at 8–16 (same). Plaintiffs here requested, inter alia, that the Court should award "damages." D.E.1 ¶ 83. Damages relief is not available on direct review in the Fourth Circuit by operation of 15 U.S.C.

§ 78y(a)(3) (stating that circuit courts can only "affirm or modify and enforce or set aside"). And FINRA does not argue otherwise.

The Court should deny FINRA's motion to dismiss (D.E.73); post-briefing factual developments have no bearing on mootness.

DATED: March 19, 2026.

Respectfully submitted,

/s/ Aditya Dynar
ADITYA DYNAR*
D.C. Bar No. 1686163
Pacific Legal Foundation
3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
Tel.: (202) 888-6881
Fax: (916) 419-7747
ADynar@pacificlegal.org

CAMERON HALLING*
Cal. Bar No. 306778
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Tel.: (916) 419-7111
Fax: (916) 419-7747
CHalling@pacificlegal.org

RUTH C. SMITH
N.C. Bar No. 26754
Elmore and Smith Law Firm
P.O. Box 1823
Weaverville, NC 28787
Tel.: (828) 367-7998
Fax: (828) 367-7991
Ruth@mywncattorney.com

*admitted Pro Hac Vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of North Carolina by using the CM/ECF system. I certify further that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

/s/ *Aditya Dynar*
ADITYA DYNAR