# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

FRANK HARMON BLACK; and
SOUTHEAST INVESTMENTS, N.C., INC.,

                Plaintiffs,

     v.

FINANCIAL INDUSTRY REGULATORY
AUTHORITY; and
SECURITIES AND EXCHANGE
COMMISSION,

                Defendants.

No. 3:23-cv-709-MEO-DCK

**NOTICE OF APPEAL**

Plaintiffs Frank Harmon Black and Southeast Investments, N.C., Inc. appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on March 24, 2026.

DATED: March 25, 2026.

                Respectfully submitted,

RUTH C. SMITH
 N.C. Bar No. 26754
Elmore and Smith Law Firm
P.O. Box 1823
Weaverville, NC  28787
Tel.: (828) 367-7998
Fax: (828) 367-7991
Ruth@mywncattorney.com

/s/ Aditya Dynar
ADITYA DYNAR*
 D.C. Bar No. 1686163
Pacific Legal Foundation
3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
Tel.: (202) 888-6881
Fax: (916) 419-7747
ADynar@pacificlegal.org

CAMERON HALLING*
 Cal. Bar No. 306778
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814

1

Tel.: (916) 419-7111
Fax: (916) 419-7747
CHalling@pacificlegal.org

*admitted Pro Hac Vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of North Carolina by using the CM/ECF system. I certify further that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

/s/ *Aditya Dynar*
ADITYA DYNAR

3