FILED: March 31, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1357
(3:23-cv-00709-MEO-DCK)

_____

FRANK HARMON BLACK; SOUTHEAST INVESTMENTS, N.C., INC.

Plaintiffs - Appellants

v.

SECURITIES & EXCHANGE COMMISSION; FINANCIAL INDUSTRY
REGULATORY AUTHORITY

Defendants - Appellees

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
|---|---|
| Originating Case Number | 3:23-cv-00709-MEO-DCK |
| Date notice of appeal filed in originating court: | 03/25/2026 |
| Appellant(s) | Frank Harmon Black, Southeast Investments, N.C., Inc. |
| Appellate Case Number | 26-1357 |
| Case Manager | R. Phillips 804-916-2702 |