FILED: October 30, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1357
(3:23-cv-00709-MEO-DCK)

---

FRANK HARMON BLACK; SOUTHEAST INVESTMENTS, N.C., INC.

Plaintiffs - Appellants

v.

SECURITIES & EXCHANGE COMMISSION; FINANCIAL INDUSTRY REGULATORY AUTHORITY

Defendants - Appellees

---

O R D E R

---

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk